ALBERT F. BERNS, as Executor, etc., Respondent, v. SOPHIA THUNELL, Appellant.— Motion granted and appeal dismissed, with costs.

In the Matter of the APPOINTMENT OF TWO TRUSTEES OF THE CITY AND COUNTY HALL FOR THE USE OF THE CITY OF BUFFALO AND THE COUNTY OF ERIE, in the Place of WARREN E. HUNT, Deceased, and in Place of SOLOMON F. SCHEU, Whose Term of Office Expired on May 4, 1922.— Arthur F. Humbert, of Clarence, N. Y., is appointed for a term of six years ending November 22, 1928, in the place of Warren E. Hunt, deceased, and Solomon F. Scheu is appointed for a like term ending November 22, 1928, to succeed himself.

CHARLES E. BUNNELL, Appellant, v. ABE COHEN, Respondent.— Motion to vacate order of dismissal of appeal denied, with ten dollars costs.

CHARLES W. MOODY, Appellant, v. FANNIE MOODY, Respondent.— Motion to dismiss appeal denied, but respondent is given leave to submit or argue the appeal upon typewritten brief, or orally.

In the Matter of the Judicial Settlement of the Accounts of FRANK B. BROWN and Another, as Trustees of the Estate of ANDREW B. BROWN, Deceased.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of Proving the Last Will and Testament of MINNIE NYE FARNHAM, Deceased.— Decree affirmed, with costs payable out of the estate. All concur.

ANNIE MURPHY, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, Sears, J., not sitting.

JEREMIAH MURPHY, an Infant, by ANNIE MURPHY, His Guardian ad Litem, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur; Sears, J., not sitting.

ROSE F. ASH, as Administratrix, etc., of GEORGE H. ASH, Deceased, Respondent, v. DEPEW AND LANCASTER LIGHT, POWER AND CONDUIT COMPANY and Another, Appellants.— Order modified and as modified affirmed, without costs of this appeal to either party. All concur.

SULLIVAN J. BILLINGTON, as a Poor Person, Appellant, v. MILDRED R. BARNES, Individually and as Executrix and Trustee, etc., of CHARLES W. BARNES, Deceased, and THE CITY OF SYRACUSE, Respondents, Impleaded with Others.— Order modified so as to allow plaintiff the additional item of twenty dollars before argument in the Appellate Division together with taxable disbursements upon the appeal, which may be adjusted before the Onondaga county clerk if not agreed upon, and as so modified the order is affirmed, with ten dollars costs and disbursements of this appeal to the plaintiff. All concur.

HENRY E. WAGNER, Appellant, v. GREAT AMERICAN INSURANCE COMPANY OF NEW YORK and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, it appearing that the defendant has had ample opportunity for inspection and inspection itself. All concur.

MARGARET EASTLAND, as Administratrix, etc., of ARTHUR EASTLAND, Deceased, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

ALFRED HUTCHINGS, Appellant, v. FLORENCE HUTCHINGS, Respondent.— Judgment affirmed, with costs. All concur.